IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION



| NOE DE JESUS ORTIZ VILLAGRAN, | § |
| Plaintiff, | § |
| | § |
| v. | § EP-19-CV-00336-DCG-ATB |
| | § |
| UNITED STATES OF AMERICA, | § |
| COUNTY OF EL PASO, TEXAS, | § |
| Defendants. | § |

## ORDER RELATIVE TO ENTRY OF JUDGMENT

On this day, the Court considered the status of the above-styled and numbered cause. On November 5, 2021, the parties notified the Court that "[t]he parties . . . were able to reach agreement on all terms of settlement" and "have resolved all issues and matters before this Honorable Court and request a period of time to finalize settlement." (ECF No. 94, p. 1).

Pursuant to the December 14, 2020 Scheduling Order, "[i]f the parties reach a settlement or otherwise resolve the case, the parties **MUST PROMTPLY FILE** a written notice, apprising the Court of their settlement or resolution, and if they require additional time (not exceeding 30 days, unless good cause is shown) to file dismissal papers, advising the Court by when, they expect to file such papers." (ECF No. 40, p. 4) (emphasis in original). Further, "[t]o the extent the parties are unable to file dismissal papers **by at least 30 days** before trial, they **MUST FILE** a motion to vacate trial setting, stating why they are unable to file dismissal papers by that time." (*Id.*) (emphasis in original). To date, no dismissal papers have been filed.

Accordingly, **IT IS ORDERED** that the parties to **SHOW CAUSE**, in writing, as to why they have not filed dismissal papers within 30 days of their notice of settlement by **no later than December 14, 2021**.

**IT IS FURTHER ORDERED** that the parties prepare a Final Judgment, Non-Suit, Stipulation of Dismissal, or any other appropriate document disposing of the above-styled and numbered cause in its entirety, and that the parties shall file such documents by **no later than December 14, 2021.**

**IT IS FURTHER ORDERED** that all pending motions in this cause are **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** that all other settings in this matter are **VACATED.**

**SIGNED** and **ENTERED** this 7th day of December, 2021.

DAVID C. GUADERRAMA
**UNITED STATES DISTRICT JUDGE**