UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NOE DE JESUS ORTIZ VILLAGRAN,<br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>COUNTY OF EL PASO, TEXAS,<br>       Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-19-CV-00336-DCG-ATB |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(l), Plaintiff Noe De Jesus Ortiz Villagran, and Defendants United States of America (Defendant United States) and County of El Paso, Texas (Defendant County), being the parties who have appeared herein, by and through their undersigned counsel, stipulate to the dismissal of Plaintiff Villagran's action as to the Defendant United States and Defendant County, with prejudice.

Respectfully submitted,

**ASHLEY C. HOFF**
UNITED STATES ATTORNEY

Date: 02/16/2022

*/s/ Manuel Romero*
**MANUEL ROMERO**
Assistant United States Attorney
Bar No. TX 24041817
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Facsimile: (915) 534-3490
Email: Manuel.Romero@usdoj.gov
*Attorneys for Defendant United States*

**AND**

|  |  |
|---|---|
|  | THE LAW OFFICE OF LYNN COYLE, PLLC<br>2515 North Stanton Street<br>El Paso, Texas 79902<br>(915) 532-5544<br>(915) 532-5566 Facsimile |
| Date: 02/16/2022 | /s/  Christopher Benoit<br>LYNN COYLE<br>Lynn@coylefirm.com<br>State Bar No. 24050049<br>CHRISTOPHER BENOIT<br>Chris@coylefirm.com<br>State Bar No. 24068653<br>*Attorneys for Plaintiff* |

**AND**

|  |  |
|---|---|
| Date: 02/16/2022 | /s/  Ruben Duarte<br>Ruben Duarte<br>State Bar No. 24002017<br>EL PASO COUNTY ATTORNEY<br>500 E. San Antonio, Room 503<br>El Paso, Texas 79901<br>Telephone: (915) 546-2083<br>Facsimile: (915) 546-2133<br>ATTORNEY FOR DEFENDANT<br>EL PASO COUNTY |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NOE DE JESUS ORTIZ VILLAGRAN,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | EP-19-CV-00336-DCG-ATB |
| | § | |
| UNITED STATES OF AMERICA,<br>COUNTY OF EL PASO, TEXAS,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

On this day, the Court has considered the Stipulation of Dismissal in the above-captioned case filed by Plaintiff Noe De Jesus Ortiz Villagran, Defendant United States of America and Defendant County of El Paso, Texas, by and through their counsel.

After due consideration and in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court Orders that

    1.    All claims presented by Plaintiff Villagran's Original Complaint shall be dismissed with prejudice as to the United States of America and County of El Paso, Texas pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and,

    2.    All parties shall pay their own costs and fees.

The clerk shall **CLOSE** this case.

**SO ORDERED**.

SIGNED and ENTERED this _____ day of _____, 2022.

_____
**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**