IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NOE DE JESUS ORTIZ VILLAGRAN,<br>Plaintiff,<br><br>COUNTY OF EL PASO, TEXAS, and the<br>UNITED STATES OF AMERICA,<br>Defendants. | §<br>§<br>§<br>§  EP-19-CV-336-DCG<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

On this day, the Court considered the "Stipulation of Dismissal" with prejudice (ECF No. 99) filed pursuant to Federal Rule of Civil Procedure 41(a)(1) in the above-captioned case by Plaintiff Noe De Jesus Ortiz Villagran, and Defendants United States of America and County of El Paso, Texas.

After due consideration, and in accordance with Rule 41(a)(1), the Court **ORDERS** that all claims asserted by Plaintiff Noe de Jesus Ortiz Villagran in the above-captioned cause are **DISMISSED WITH PREJUDICE**. The Court **FURTHER ORDERS** that all parties shall pay their own costs and fees. The Court **FINALLY ORDERS** that the District Clerk shall **CLOSE** the case.

APPROVED AND SO ORDERED.

SIGNED this 17th day of February 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE